IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30542
Summary Calendar
_____


HURSEN PATIN,

                                              Plaintiff-Appellant,

versus

PAUL CONNICK, Jefferson Parish
District Attorney's Office;
JOHN M. MAMOULIDES, State Official
at Jefferson Parish, Office of
the District Attorney,

                                              Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 97-CV-618-A
- - - - - - - - - -
February 4, 1998

Before JONES, SMITH and STEWART, Circuit Judges.

PER CURIAM:[*]

     Hursen Patin, Louisiana prisoner # 265731, appeals the
dismissal of his civil rights complaint as frivolous and/or for
failure to state a claim.  Patin contends that the district court
erred in dismissing his due process, equal protection, and
denial-of-access-to-courts claims arising from the defendants'
refusal to provide to him, free of charge, public records

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

pertaining to his state criminal conviction.  We have reviewed the record and Patin's brief and AFFIRM the district court's dismissal of Patin's claims for essentially the reasons set forth by the magistrate judge and adopted by the district court.  See Patin v. Connick, No. 97-0618 (E.D. La. May 13, 1997).

AFFIRMED.